782 A.2d 417

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTEC-
TION, APPELLANT–MOVANT, v. JOSEPH S. CALDEIRA,
SR., ET AL., DEFENDANTS–RESPONDENTS.

July 16, 2001.

Leave to appeal is granted.

782 A.2d 418

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. WILLIAM
DANGERFIELD, DEFENDANT–RESPONDENT.

July 16, 2001.

Leave to appeal is granted.

782 A.2d 418

TOWNSHIP OF FRANKLIN, ETC., PLAINTIFF–
MOVANT, v. DAVID DENHOLLANDER, ET
AL., DEFENDANTS–RESPONDENTS.

July 16, 2001.

Leave to appeal is granted.